Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.:  17−26893−VFP
                                    Chapter:  13
                                    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rafael B Batista
   284 N Tenth St
   Prospect Park, NJ 07508

Social Security No.:
   xxx−xx−5143

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/21/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 22, 2018
JAN: mcp

                                                                   Jeanne Naughton
                                                                   Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 17-26893-VFP
Rafael B Batista                                               Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin               Page 1 of 2          Date Rcvd: Jun 22, 2018
                             Form ID: 148              Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
db             +Rafael B Batista,   284 N Tenth St,   Prospect Park, NJ 07508-2010
517088214      +AmeriCredit Financial Services, Inc., dba GM Finan,    P O Box 183853,
                Arlington, TX 76096-3853
517020753      +Dept Of Ed/582/nelnet,   Attn: Claims/Bankruptcy,   Po Box 82505,   Lincoln, NE 68501-2505
517259536       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
517020748      +Specialized Loan Servicing, LLC,   8742 Lucent Blvd, Ste 300,   Highlands Ranch, CO 80129-2386
517020749      +Stewart Pruzansky,   Pruzansky Plumbing,   364 Oak St,   Passaic, NJ 07055-3016
517090777      +Wells Fargo Bank, N.A. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 23 2018 00:00:48      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 23 2018 00:00:45      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517035327       EDI: PHINAMERI.COM Jun 23 2018 03:33:00      Americredit Financial Services, Inc.,
                dba GM Financial,   P O Box 183853,   Arlington, TX 76096
517020750      +EDI: AFNIRECOVERY.COM Jun 23 2018 03:33:00      Afni,   Po Box 3427,
                Bloomington, IL 61702-3427
517020747      +EDI: PHINAMERI.COM Jun 23 2018 03:33:00      AmeriCredit/GM Financial,   Po Box 183853,
                Arlington, TX 76096-3853
517020751      +EDI: CAPITALONE.COM Jun 23 2018 03:33:00      Capital One,   Attn: Bankruptcy,   Po Box 30253,
                Salt Lake City, UT 84130-0253
517020752      +EDI: RCSFNBMARIN.COM Jun 23 2018 03:33:00      Credit One Bank Na,   Po Box 98873,
                Las Vegas, NV 89193-8873
517020754      +EDI: AMINFOFP.COM Jun 23 2018 03:33:00      First Premier Bank,   601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
517169527       EDI: JEFFERSONCAP.COM Jun 23 2018 03:33:00      Jefferson Capital Systems LLC,   Po Box 7999,
                Saint Cloud Mn 56302-9617
517231112       EDI: RESURGENT.COM Jun 23 2018 03:33:00      LVNV Funding, LLC its successors and assigns as,
                assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
517181481       EDI: PRA.COM Jun 23 2018 03:33:00      Portfolio Recovery Associates, LLC,
                c/o Capital One Bank, N.A.,   POB 41067,   Norfolk VA 23541
517160103      +EDI: JEFFERSONCAP.COM Jun 23 2018 03:33:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517055320      +E-mail/Text: electronicbkydocs@nelnet.net Jun 23 2018 00:00:52
                US Department of Education c/o Nelnet,   121 South 13th Street, Suite 201,
                Lincoln, NE 68508-1911
517133478      +EDI: AIS.COM Jun 23 2018 03:33:00      Verizon,   by American InfoSource LP as agent,
                4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jun 22, 2018
                              Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD1 Asset-Backed Certificates, Series 2007-FXD1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Harvey I. Marcus    on behalf of Debtor Rafael B Batista him@lawmarcus.com

        Marie-Ann  Greenberg    magecf@magtrustee.com

        Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD1 Asset-Backed Certificates, Series 2007-FXD1 rsolarz@kmllawgroup.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                            TOTAL: 5